**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **ABRAHAM GONZALEZ,**<br>**Plaintiff** | : | |
| **v.** | : | **C.A. No.: 1:19-cv-00650-MSM-LDA** |
| **RUDRAH DARSHAN LLC, KRISHNA D CONSTRUCTION, LLC, and DARSHAN GANDHI,**<br>**Defendants** | : | |

**STIPULATION OF DISMISSAL**

Now come the parties in the above-cited matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate that the above-captioned matter shall be dismissed with prejudice; no interest, costs or fees to any party.

Plaintiff,
By his Attorneys,

/s/ Michael D. Pushee
Michael D. Pushee (#6948)
Jessica A. Roberge (#10179)
Formisano & Co., P.C.
100 Midway Place, Suite 1
Cranston, RI 02920
(401) 944-9691
mpushee@formisanoandcompany.com
jroberge@formisanoandcompany.com

Defendant,
By their Attorneys,

/s/ Dean J. Wagner
Dean J. Wagner (#5426)
Schectman, Halperin & Savage, LLP
1080 Main Street
Pawtucket, RI 02860
(401) 272-1400
dwagner@shslawfirm.com

**CERTIFICATION**

I hereby certify that the within document has been electronically filed with the Court on this 3rd day of February, 2021 and is available for viewing and downloading from the ECF system.

/s/ Michael D. Pushee